UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jeremy C. R, | ) | Civil Action No. 3:21-cv-00030-DJS |
|     *Plaintiff*, | ) | |
| | ) | Daniel J. Stewart |
| vs. | ) | United States Magistrate Judge |
| | ) | |
| Kilolo Kijakazi | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of the | ) | |
| Social Security Administration | ) | |
|     *Defendant*. | ) | |

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Amelia E. Stewart, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Scot G. Miller, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$4777.04** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $0.00 as the case was filed *in forma pauperis*.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Jeremy C. Ross, |
| By Her Attorneys | By His Attorney |

Carla B. Freedman,
United States Attorney

| | |
|---|---|
| */s/ Amelia E. Stewart* | */s/ Scot G. Miller* |
| Amelia E. Stewart | Scot G. Miller, Esq. |
| Special Assistant United States Attorney | N.D.N.Y. Bar Roll No. 302688 |
| N.D.N.Y. Bar Roll No. 700990 | Attorney for Plaintiff |
| Social Security Administration | P.O. Box 2039 |
| Office of the General Counsel | Binghamton, NY 13902 |
| J.F.K. Federal Building, Room 625 | (607) 723-9511 |
| Boston, MA 02203 | smiller@cglawoffices.com |
| (617) 565-2376 | |
| Amelia.Stewart@ssa.gov | |

Date: January 12, 2022       It is SO ORDERED.

*[signature]*
Frederick J. Scullin, Jr.
Senior United States District Judge

2